NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1596

CROCS, INC.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

GEN-X SPORTS, INC.,

Intervenor,

and

DOUBLE DIAMOND DISTRIBUTION, LTD.,

Intervenor,

and

COLLECTIVE LICENSING INTERNATIONAL, LLC, HOLEY SOLES HOLDINGS, LTD., and EFFERVESCENT, INC.,

Intervenors.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-567.

ON MOTION

O R D E R

Upon consideration the unopposed motion for an extension of time, until April 6, 2009, for the International Trade Commission and the intervenors to file their briefs,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2009

JAN HORBALY
CLERK

cc:   James C. Otteson, Esq.
      Clint A. Gerdine, Esq.
      John J. Marshall, Esq.
      Donald R. Dunner, Esq.
      Glenn D. Bellamy, Esq.

s8